# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 13-CR-7-JED |
| **DAVID BRYCE BROONER,** | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This matter comes on for consideration of Defendant's Unopposed Motion to Continue the Competency Hearing (Dkt. # 236) currently scheduled for August 17, 2016. Assistant United States Attorney Allen Litchfield has no objection to the motion.

The Court has reviewed the motion and finds that good cause for the continuance has been shown. IT IS HEREBY ORDERED that the competency hearing set for August 17, 2016, is stricken and is now set for October 5th, 2016, at 10:00 a.m.

IT IS SO ORDERED this 11th day of August, 2016.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE