# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 13-CR-7-JED |
| DAVID BRYCE BROONER, | ) [Mag. Judge Frank McCarthy] |
| Defendant. | ) |

## OPINION AND ORDER

This matter comes on for consideration of Defendant's Unopposed Motion to Continue the Competency Hearing (Dkt. # 239) currently scheduled for October 5, 2016. Assistant United States Attorney Allen Litchfield has no objection to the motion.

The Court has reviewed the motion and finds that good cause for the continuance has been shown. IT IS HEREBY ORDERED that the competency hearing set for October 5, 2016, is stricken and is now set for November 30, 2016, at 10:00 a.m.

IT IS SO ORDERED this 27th day of September, 2016.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE